|     |     |     |
| --- | --- | --- |
|     | UNITED STATES DISTRICT COURT | |
|     | SOUTHERN DISTRICT OF CALIFORNIA | |
|     | UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO JACINTO, JR.,<br><br>Defendant. | Case No. 16cr2315-WQH<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On April 24, 2017, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JOSE ANTONIO JACINTO, JR. ("Defendant") in all properties seized in connection with this case, namely,

**Approximately $27,800.00 in U.S. Currency.**

For thirty (30) consecutive days ending on July 26, 2017, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property described above; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JOSE ANTONIO JACINTO, JR. and any and all third parties in the following property is hereby condemned, forfeited and vested in the United States of America:

**Approximately $27,800.00 in U.S. Currency.**

IT IS FURTHER ORDERED that costs incurred by the Drug Enforcement Agency ("DEA"), United States Marshals Service ("USMS"), and any other Governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

IT IS FURTHER ORDERED that the USMS shall dispose of the property according to law.

Dated: February 21, 2018

Hon. William Q. Hayes
United States District Court